UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MING XIAN CHEN,<br>    Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENT,<br>    Defendant. | Civil Action No. 05-11548-RCS |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned hereby enter their appearance as counsel for Defendant, Putnam, LLC d/b/a/ Putnam Investments in the above-captioned matter.

PUTNAM, LLC d/b/a PUTNAM INVESTMENTS,

By its attorneys,

/s/ Ilene Robinson Sunshine
Ilene Robinson Sunshine
(BBO #423000)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
isunshine@sandw.com

Dated: October 6, 2005