UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MING XIAN CHEN,<br>    Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENT,<br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11548-RCS<br>)<br>)<br>)<br>) |

**DISCLOSURE OF PUTNAM, LLC D/B/A/ PUTNAM INVESTMENTS
PURSUANT TO FED. R. CIV. P. 7.1**

Although Ming Xian Chen ("Chen") has sued Putnam Investment, the correct name of the Defendant that we believe Chen intended to sue is Putnam, LLC. Putnam, LLC, a Delaware limited liability company, is an indirect subsidiary of Marsh & McLennan Companies ("MMC"). MMC is a publicly-owned holding company traded on the New York Stock Exchange. MMC has no corporate parent, and no publicly-held company owns 10% or more of its stock

                      PUTNAM, LLC d/b/a PUTNAM
                      INVESTMENTS,

                      By its attorneys,

                      /s/ Ilene Robinson Sunshine
                      Ilene Robinson Sunshine
                      (BBO #423000)
                      SULLIVAN & WORCESTER LLP
                      One Post Office Square
                      Boston, Massachusetts 02109
                      (617) 338-2800
                      isunshine@sandw.com

Dated: October 6, 2005