UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MING XIAN CHEN,<br>    Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENT,<br>    Defendant. | Civil Action No. 05-11548-RCS |

## MOTION OF PUTNAM, LLC D/B/A/ PUTNAM INVESTMENTS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)

Defendant Putnam, LLC d/b/a/ Putnam Investments ("Putnam")[1] hereby moves the Court pursuant to Fed. R. Civ. P. 12(b)(1), (4), (5) and (6) to dismiss the Complaint of Plaintiff *pro se* Ming Xian Chen ("Chen"). The action must be dismissed because (1) Chen's allegations are insufficient to state any claim for discrimination; (2) there is no diversity between the parties and the amount demanded is less than the jurisdictional requisite; (3) Chen has failed to exhaust his administrative remedies regarding his putative retaliation claim; and (4) Chen has failed to serve Putnam with a copy of the Complaint, and his attempted service by certified mail is insufficient. The grounds for this motion are set forth more fully in Putnam's memorandum of law submitted herewith.

---

[1] Putnam Investment is not a legal entity. However, Defendant believes that Plaintiff is referring to Putnam, LLC d/b/a Putnam Investments. Defendant is responding on behalf of Putnam, LLC.

WHEREFORE, Putnam requests that the Court dismiss the Complaint in its entirety.

        PUTNAM, LLC d/b/a PUTNAM INVESTMENTS,

        By its attorneys,

        /s/  Ilene Robinson Sunshine
        Ilene Robinson Sunshine
        (BBO #423000)
        SULLIVAN & WORCESTER LLP
        One Post Office Square
        Boston, Massachusetts  02109
        (617) 338-2800
        isunshine@sandw.com

Dated:  October 6, 2005