UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MING XIAN CHEN**

    **V.**                                  **CIVIL ACTION NO. 05-11548-RGS**

**PUTNAM INVESTMENT**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                              **NOVEMBER 1, 2005**

THIS COURT HAVING ALLOWED DEFENDANT'S MOTION TO DISMISS,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

                                                      **RICHARD G. STEARNS**
                                                      **UNITED STATES DISTRICT JUDGE**

       **BY:**

                                                      **/s/ Mary H. Johnson**
                                                           **Deputy Clerk**