# UNITED STATES DISTRICT COURT

District of _____

MING X. CHEN

v.

Putnam Investments

FILED
IN CLERKS OFFICE

SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

## 05 - 11548 RGS

TO: (Name and address of Defendant)

Putnam Investments
One Post Office Square
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)



an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

7-21-05

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 9/14/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MING XIAN CHEN | pro se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _certified mail with return signature_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/14/05        _Ming Xian Chen_
           Date              Signature of Server

                              4 Grove Ave Wilmington MA 01887
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.